IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ILLIENA VOLYNSKAYA                                No. C -04-839 SC

    Plaintiff,                                     **ORDER OF RECUSAL**

v.

EPICENTRIC INS. HEALTH & WELFARE

    Defendant.
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

    I, the undersigned judge of the court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of General Order 44 paragraph E.2 of the Assignment Plan.

    All pending dates of motions, pretrial conferences and trial are hereby vacated and will be reset by the newly assigned judge.

**IT IS SO ORDERED.**

Dated: April 3, 2007

                                                          SAMUEL CONTI
                                                           UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

Dockets.Justia.com