Robert K. Renner (155283), rrenner@barwol.com
Kathleen E. Dyer (227216), kdyer@barwol.com
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California 94108
(415) 434-2800 / Fax (415) 434-2533

Attorneys for Defendant
Epicentric, Inc. Health and Welfare Plan

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILLIENA VOLYNSKAYA,<br><br>    Plaintiff,<br><br>vs.<br><br>EPICENTRIC, INC. HEALTH AND WELFARE PLAN, an ERISA plan,<br><br>    Defendant. | CASE NO.: CV-04-00839-SI<br><br>**DEFENDANT'S SUBSTITUTION OF ATTORNEY; [PROPOSED] ORDER THEREON** |

I:\office7\7197\194\07Pleadings\01 Substitution of Attorney .doc

CV-04-00839-SI

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

DEFENDANT'S SUBSTITUTION OF ATTORNEY; [PROPOSED] ORDER THEREON

Defendant Epicentric, Inc. Health and Welfare Plan hereby substitutes Robert K. Renner and Kathleen E. Dyer of Barger & Wolen LLP located at 650 California Street, 9th Floor, in San Francisco, both of whom are duly admitted to practice law in all courts within the State (including this Court), as attorneys of record in place and instead of Kathleen C. Slaught and Robin M. Cleary of Seyfarth Shaw, LLP.

DATED: April 26, 2007        BARGER & WOLEN LLP

By: _____
ROBERT K. RENNER
Substituted Counsel for Defendant
Epicentric, Inc. Health and Welfare
Plan, an ERISA plan

DATED: April 23, 2007        SEYFARTH SHAW, LLP

By: _____
ROBIN M. CLEARY
Current Counsel for Defendant
Epicentric, Inc. Health and Welfare
Plan, an ERISA plan

DATED: April 23, 2007        EPICENTRIC, INC. HEALTH AND
WELFARE PLAN, an ERISA plan

By: _____
NOAH G. HUNTER
Its Designated Representative

**IT IS SO ORDERED.**

DATED: _____

_____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

1

CV-04-00839-SI

DEFENDANT'S SUBSTITUTION OF ATTORNEY; [PROPOSED] ORDER THEREON

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is: Barger & Wolen LLP, 19800 MacArthur Boulevard, 8th Floor, Irvine, California 92612.

On **April 26, 2007**, I served the foregoing document(s) described as **DEFENDANT'S SUBSTITUTION OF ATTORNEY; [PROPOSED] ORDER THEREON** on the interested parties in this action by causing it to be electronically filed using the Court's Electronic Filing System which constitutes service of the filed document on individual(s) listed below:

| | |
|---|---|
| Charles J. Fleishman, Esq.<br>Law Offices of Charles J. Fleishman<br>8383 Wilshire Boulevard, Suite 1030<br>Beverly Hills, California 90211-2495<br>Telephone: (323) 653-9772<br>Facsimile: (323) 852-0871<br>email: erisa@erisarights.com | Attorneys for Plaintiff<br>Illiena Volynskaya |
| Robin M. Cleary Esq.<br>Seyfarth Shaw, LLP<br>560 Mission Street<br>Suite 3100<br>San Francisco, California 94105<br>Telephone: (415) 397-2823<br>email: rcleary@seyfarth.com | Courtesy Copy |

[X] **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed at Irvine, California on **April 26, 2007.**

NAME: Gabriela Rubio         _____
                                         (Signature)

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

2

CV-04-00839-SI

DEFENDANT'S SUBSTITUTION OF ATTORNEY; [PROPOSED] ORDER THEREON