**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILLIENA VOLYNSKAYA, | No. C 04-0839 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| EPICENTRIC, INC. HEALTH & WELFARE PLAN, an ERISA plan, | |
| Defendant. | |

The Court has granted summary judgment in favor of plaintiff and remanded this action to the plan administrator for further proceedings. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: October 16, 2007

SUSAN ILLSTON
United States District Judge