Robert K. Renner (155283), rrenner@barwol.com
Kathleen E. Dyer (227216), kdyer@barwol.com
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California 94108-2713
Telephone: (415) 434-2800
Facsimile: (415) 434-2533

Attorneys for Defendant
Epicentric, Inc. Health and Welfare Plan,
an ERISA plan

Charles J. Fleishman (46405), erisa@erisarights.com
A Professional Corporation
8383 Wilshire Boulevard, Suite 1030
Beverly Hills, California 90211-2495
Telephone: (323) 653-9772
Facsimile: (323) 852-0871

Attorney for Plaintiff
Illiena Volynskaya

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILLIENA VOLYNSKAYA,<br><br>    Plaintiff,<br><br>vs.<br><br>EPICENTRIC, INC. HEALTH AND WELFARE PLAN, an ERISA plan,<br><br>    Defendant. | CASE NO.: CV-04-00839-SI<br><br>**STIPULATION TO CONTINUE HEARING DATE AND BRIEFING SCHEDULE FOR PLAINTIFF'S MOTIONS TO ALTER JUDGMENT AND FOR ATTORNEYS' FEES; [PROPOSED] ORDER THEREON**<br><br>Current Hearing:<br><br>DATE: December 21, 2007<br>TIME: 9:00 a.m.<br>CTRM: 10<br><br>Complaint Filed: March 1, 2004 |

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

I:\office7\7197\194\07Pleadings\05 Stip to continue mtn hrg date.doc

WHEREAS, Plaintiff Illiena Volynskaya ("Plaintiff") filed and served her motions to alter or amend judgment and for attorneys' fees on October 19, 2007, noticing both motions for hearing on December 21, 2007;

WHEREAS, Defendants Epicentric, Inc. Health and Welfare Plan's (Defendant) opposition to the motions is currently due on November 30, 2007, with Plaintiff's reply in support of the motions currently due on December 7, 2007;

WHEREAS, this timeframe will be difficult to comply with, given counsel's current calendars (and conflicts arising therein), as well as pre-paid vacation plans; and

WHEREAS, as of the date of lodging this stipulation with the Court, District Judge Susan Illston's calendar is open on January 4, 2008.

NOW THEREFORE, the parties, by and through their respective counsel of record, hereby stipulate and respectfully request the Court to continue the December 21, 2007 Motion hearings, such that Plaintiff's motions may be heard on January 4, 2008 at 9:00 a.m. in Courtroom 10. The parties further stipulate to modify the briefing schedule such that Defendants' opposition to the motions may be filed and served on or before December 14, 2007, and Plaintiff's reply in support of the motions may be filed and served on or before December 21, 2007.

IT IS SO STIPULATED.

| | |
|---|---|
| DATED: November 19, 2007 | LAW OFFICES OF CHARLES FLEISHMAN |
| | By: /s/ Charles J. Fleishman (as authorized on 11/19/07)<br>CHARLES J. FLEISHMAN<br>Attorneys for Plaintiff<br>Illiana Volynskaya |
| DATED: November 19, 2007 | BARGER & WOLEN LLP |
| | By: /s/ Robert K. Renner<br>ROBERT K. RENNER<br>Attorneys for Defendant<br>Epicentric, Inc. Health and Welfare Plan, an ERISA plan |

# ORDER

Pursuant to the foregoing stipulation of the parties and for good cause shown, the December 21, 2007 hearing upon Plaintiff's motions to alter judgment and for attorneys' fees shall be and hereby is continued to January 4, 2008 at 9:00 a.m. in Courtroom 10.

Defendant's opposition to the motions shall be filed and served on or before December 14, 2007, and Plaintiff's reply in support of the motions shall be filed and served on or before December 21, 2007.

IT IS SO ORDERED.

DATED: _____

THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is: Barger & Wolen LLP, 19800 MacArthur Boulevard, 8th Floor, Irvine, California 92612.

On **November 20, 2007**, I served the foregoing document(s) described as **STIPULATION TO CONTINUE HEARING DATE AND BRIEFING SCHEDULE FOR PLAINTIFF'S MOTIONS TO ALTER JUDGMENT AND FOR ATTORNEYS' FEES; [PROPOSED] ORDER THEREON** on the interested parties in this action by causing it to be electronically filed using the Court's Electronic Filing System which constitutes service of the filed document on individual(s) listed below:

| | |
|---|---|
| Charles J. Fleishman, Esq.<br>Law Offices of Charles J. Fleishman<br>8383 Wilshire Boulevard, Suite 1030<br>Beverly Hills, California 90211-2495<br>Telephone: (323) 653-9772<br>Facsimile: (323) 852-0871<br>email: erisa@erisarights.com | Attorneys for Plaintiff<br>Illiena Volynskaya |

[X] **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed at Irvine, California on **November 20, 2007.**

NAME: Derek Sutter                    _____
                                                    (Signature)

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800