Robert K. Renner (155283), rrenner@barwol.com
Kathleen E. Dyer (227216), kdyer@barwol.com
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California 94108-2713
Telephone: (415) 434-2800
Facsimile: (415) 434-2533

Attorneys for Defendant
Epicentric, Inc. Health and Welfare Plan,
an ERISA plan

Charles J. Fleishman (46405), erisa@erisarights.com
A Professional Corporation
8383 Wilshire Boulevard, Suite 1030
Beverly Hills, California 90211-2495
Telephone: (323) 653-9772
Facsimile: (323) 852-0871

Attorney for Plaintiff
Illiena Volynskaya

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILLIENA VOLYNSKAYA,<br><br>Plaintiff,<br><br>vs.<br><br>EPICENTRIC, INC. HEALTH AND WELFARE PLAN, an ERISA plan,<br><br>Defendant. | CASE NO.: CV-04-00839-SI<br><br>**STIPULATION TO CONTINUE HEARING DATE AND BRIEFING SCHEDULE FOR PLAINTIFF'S MOTIONS TO ALTER JUDGMENT AND FOR ATTORNEYS' FEES; [PROPOSED] ORDER THEREON**<br><br><u>Current Hearing:</u><br><br>DATE: January 18, 2008<br>TIME: 9:00 a.m.<br>CTRM: 10<br><br>Complaint Filed: March 1, 2004 |

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

C:\Documents and Settings\sky\Local Settings\Temporary Internet Files\OLK963\06 Stip to continue mtn hrg date (II)(fnl).doc

WHEREAS, on November 20, 2007, Plaintiff Illiena Volynskaya ("Plaintiff") and Defendant Epicentric, Inc. Health and Welfare Plan ("Defendant) filed a stipulation and proposed order to continue the hearing date for Plaintiff's motions to alter or amend judgment and for attorneys' fees from December 21, 2007 to January 4, 2008 due to scheduling conflicts with counsel's calendars;

WHEREAS, on or about November 21, 2007, the Court approved Plaintiff and Defendant's stipulation, but continued the hearing date to January 18, 2008 instead of January 4, 2008 as requested, because the January 4, 2008 hearing date was no longer available;

WHEREAS, on or about November 21, 2007, after receiving the order continuing the hearing date to January 18, 2008, Defendant's counsel spoke with District Judge Susan Illston's clerk and was informed that Judge Illston was no longer available for hearings on January 4, 2008 and, as such, the hearing date was scheduled for the next available date, January 18, 2008, as an alternative;

WHEREAS, a January 18, 2008 hearing date will be impossible for Defendant's lead counsel because he has a trial in state court that is set to commence on that same day;

WHEREAS, as of the date of lodging this stipulation with the Court, Judge Illston's calendar is open on February 15, 2008.

NOW THEREFORE, the parties, by and through their respective counsel of record, hereby stipulate and respectfully request the Court to continue the January 18, 2008 motion hearings, such that Plaintiff's motions may be heard on February 15, 2008 at 9:00 a.m. in Courtroom 10. The parties further stipulate to modify the

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

briefing schedule such that Defendants' opposition to the motions may be filed and served on or before January 18, 2008, and Plaintiff's reply in support of the motions may be filed and served on or before February 1, 2008.

IT IS SO STIPULATED.

DATED: December 10, 2007     LAW OFFICES OF CHARLES FLEISHMAN

By: /s/ Charles J. Fleishman (as authorized on December 10, 2007)
CHARLES J. FLEISHMAN
Attorneys for Plaintiff
Illiana Volynskaya

DATED: December 10, 2007     BARGER & WOLEN LLP

By: /s/ Kathleen E. Dyer
ROBERT K. RENNER
KATHLEEN E. DYER
Attorneys for Defendant
Epicentric, Inc. Health and Welfare Plan, an ERISA plan

## ORDER

Pursuant to the foregoing stipulation of the parties and for good cause shown, the January 18, 2008 hearing upon Plaintiff's motions to alter judgment and for attorneys' fees shall be and hereby is continued to February 15, 2008 at 9:00 a.m. in Courtroom 10.

Defendant's opposition to the motions shall be filed and served on or before January 18, 2008, and Plaintiff's reply in support of the motions shall be filed and served on or before February 1, 2008.

IT IS SO ORDERED.

DATED: _____

_____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

BARGER & WOLEN LLP
660 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is: Barger & Wolen LLP, 650 California Street, Ninth Floor, San Francisco, California 94108-2200.

On **December 10, 2007**, I served the foregoing document(s) described as

**STIPULATION TO CONTINUE HEARING DATE AND BRIEFING SCHEDULE FOR PLAINTIFF'S MOTIONS TO ALTER JUDGMENT AND FOR ATTORNEYS' FEES; [PROPOSED] ORDER THEREON**

the interested parties in this action by causing it to be electronically filed using the Court's Electronic Filing System which constitutes service of the filed document on individual(s) listed below:

| | |
|---|---|
| Charles J. Fleishman, Esq.<br>Law Offices of Charles J. Fleishman<br>8383 Wilshire Boulevard, Suite 1030<br>Beverly Hills, California 90211-2495<br>Telephone: (323) 653-9772<br>Facsimile: (323) 852-0871<br>email: erisa@erisarights.com | Attorneys for Plaintiff<br>Illiena Volynskaya |

[X] **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed at San Francisco, California on **December 10, 2007.**

NAME: Stephanie Young

(Signature)

-4-