1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ILLIENA VOLYNSKAYA,

         Plaintiff,

  v.

EPICENTRIC, INC. HEALTH & WELFARE
PLAN, an ERISA plan,

         Defendant.

_____/

No. C 04-0839 SI

**AMENDED JUDGMENT**

      The Court has granted summary judgment in favor of plaintiff.  Defendant is ordered to pay plaintiff benefits from August 28, 2003 through April 21, 2004, and the action is remanded to the plan administrator to make determinations in accordance with this Court's October 16, 2007 and February 20, 2008 orders.  Defendant is ordered to pay plaintiff $74,900 in fees and $810.27 in costs.

      **IT IS SO ORDERED AND ADJUDGED.**

Dated: February 20, 2008

                         _____
                         SUSAN ILLSTON
                         United States District Judge